United States District Court
Southern District of Texas
**ENTERED**
January 18, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIK GARCIA | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H: 23-4657 |
| | § | |
| PROSPER ENTERPRISES, INC. | § | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached (see Doc. No. 6). Therefore, this case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within thirty days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next thirty days.

SIGNED at Houston, Texas, this 18th day of January 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE